UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAKSIM STEFANYUK,<br><br>Defendant. | 4:17-CR-40042-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

On May 29, 2018, defendant, Maksim Stefanyuk, filed a motion to suppress evidence. Docket 45. On June 14, 2018, Magistrate Judge Veronica Duffy held an evidentiary hearing on the motion to suppress. On June 15, 2018, Magistrate Judge Veronica Duffy issued a report and recommendation recommending that defendant's motion to suppress be denied. Docket 55. Stefanyuk was notified in the report and recommendation that he had 14 days to file objections to the report. Even though no objections were filed that would require de novo review under *Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990), the court reviewed the matter de novo and finds that Magistrate Judge Duffy's report and recommendation is adopted in full. Thus, it is

ORDERED that:

1. The report and recommendation of Magistrate Judge Duffy (Docket 55) is adopted in full.

2. Defendant's motion to suppress (Docket 45) is denied.

DATED July 2, 2018.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE